IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HELENA DUMAS, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | No. 15 CV 5258 |
| v. | ) ) | |
| DELTA DENTAL OF ILLINOIS, | ) ) | Hon. Andrea R. Wood |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
OF THE PARTIES' CLASS ACTION SETTLEMENT**

Plaintiff, Helena Dumas, individually and on behalf of all others similarly situated, by her attorneys, moves for the entry of an Order (1) granting preliminary approval of the Parties' proposed Class Action Settlement Agreement; (2) approving as to form and content the Parties' proposed Notice of Class Action Settlement, and approving the mailing of it to the Settlement Class Members; (3) approving Dahl Administration LLC as the Claims Administrator; (4) granting certification of the proposed Settlement Class for settlement purposes only; (5) approving the Named Plaintiff as the Class Representative of the Settlement Class; (6) approving Plaintiff's Counsel as Class Counsel for the Settlement Class; and (7) setting a date for the Final Approval Hearing relating to the Settlement. In support of her motion, Plaintiff submits her Memorandum in support of her motion, and asks that the Court enter the Preliminary Approval Order attached thereto as Exhibit 2.

                                            Respectfully submitted,

                                            HELENA DUMAS, individually and on behalf of a class of persons similarly situated,

                                            <u>/s/ James X. Bormes</u>
                                            One of Plaintiff's Attorneys

| | |
|---|---|
| James X. Bormes | Thomas M. Ryan |
| Catherine P. Sons | Law Offices of Thomas M. Ryan, P.C. |
| Law Office of James X. Bormes, P.C | 35 East Wacker Drive |
| 8 South Michigan Avenue | Suite 650 |
| Suite 2600 | Chicago, Illinois 60601 |
| Chicago, Illinois 60603 | (312) 726-3400 |
| (312) 201-0575 | tom@tomryanlaw.com |
| jxbormes@bormeslaw.com | |
| cpsons@bormeslaw.com | |