**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HELENA DUMAS, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) No. 15-cv-05258 v. ) ) Judge Andrea R. Wood DELTA DENTAL OF ILLINOIS, ) ) Defendant. ) | |

## FINAL APPROVAL AND DISMISSAL ORDER

This matter coming before the Court on the unopposed request of Plaintiff for final approval of the Parties' Class Action Settlement ("Settlement"), and for dismissal, and having considered the papers submitted to the Court and proceedings to date, **THE COURT FINDS AS FOLLOWS:**

1. This Court has jurisdiction over the subject matter of the Action, the Named Plaintiff, the Settlement Class Members, and Defendant;

2. The dissemination of the Class Notice, as provided for in the Preliminary Approval Order, constituted the best practicable notice under the circumstances to all members of the Settlement Class and fully met the requirements of Fed. R. Civ. P. 23, any and all substantive and procedural due process rights guaranteed by the United States Constitution and any other applicable law;

3. Three members of the Settlement Class opted out of the Settlement;

4. No member of the Settlement Class objected to the Settlement;

5. The Court finds the Settlement is fair, reasonable and adequate.

**THEREFORE, IT IS HEREBY ORDERED:**

A. That all defined terms contained herein shall have the same meanings as set forth in the Parties' Class Action Settlement Agreement ("Settlement Agreement") [Docket No. 37];

B. The Court gives final approval of the Settlement as fair, reasonable, and adequate to the Named Plaintiff and to each Settlement Class Member who did not submit a valid request for exclusion, and in their best interests, and in full compliance with all requirements of due process and federal law. The Settlement is finally approved in all respects and its terms and provisions shall be consummated;

C. That, except as to any person who has timely and effectively requested exclusion from the Settlement, the Court hereby dismisses with prejudice the Action, all claims contained therein, and bars and permanently enjoins all Settlement Class Members who work or worked for Defendant from prosecuting any released claims against Defendant;

D. The Court finds that the Named Plaintiff and Class Counsel adequately represented the members of the Settlement Class for the purposes of entering into and implementing the Settlement;

E. The Court finds that the Claims Administrator, Dahl Administration LLC, has met all requirements of the Court as set forth in the Preliminary Approval Order and the Settlement Agreement;

F. The Court approves the Settlement Payments to be made to each Settlement Class Member who submitted a timely valid and proper claim form;

G. In addition, pursuant to the parties' agreement, the Court also approves Settlement Payments to be made to class members Veronica Wilson, Vanessa Lima and Marquis Smith, who submitted untimely claim forms, but which the parties have agreed to accept;

H. The Court approves the payment of attorneys' fees, costs, and expenses to Class Counsel (the "Attorneys' Fees and Costs Award") in the amount of $34,360.30. The Attorneys' Fees and Costs Award shall be distributed to Class Counsel in accordance with the terms of the Settlement Agreement;

I. The Court approves the Incentive Award as compensation for her time to the Named Plaintiff in the amount of $5,000.00, distributed in accordance with Settlement Agreement;

J. That, except as otherwise provided in the Settlement Agreement or herein, the settling Parties are to bear their own attorneys' fees and costs; and

K. The Court dismisses this action with prejudice, and this Order shall become effective on April 29, 2016, which is 90 days after notice was sent pursuant to the Class Action Fairness Act ("CAFA").

Dated: April 27, 2016

_____
Andrea R. Wood
United States District Judge